NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OK'S CASCADE COMPANY,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5082

---

Appeals from the United States Court of Federal Claims in case no. 07-CV-702, Judge Thomas C. Wheeler.

---

## ON MOTION

---

## ORDER

OK's Cascade Company moves without opposition to file its reply brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 0 9 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  John Lukjanowicz, Esq.
     Jacob A. Schunk, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 0 9 2012

**JAN HORBALY**
**CLERK**